# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-000201-CV

**Wayne Novy, by and through his legal guardian Forrest Novy, Appellant**

**v.**

**Texas Health and Human Services Commission; and
Kyle L. Janek, M.D., in his official capacity as Executive Commissioner
of the Texas Health and Human Services Commission, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-010055, HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Previously, on the parties' joint motion, we abated this appeal until December 18, 2015, and directed the parties to file either a status report or a motion to dismiss by that date. In accordance with our directive, the parties have filed a joint status report explaining that the decision that is the basis of this dispute is still being reevaluated by the agency. The parties have also filed a joint motion requesting that we extend the abatement period.

We will grant the motion and abate the appeal until further order of this Court. All appellate deadlines will be tolled during the period of abatement. The parties are instructed to file either a status report or a motion to dismiss the appeal on or before March 18, 2016.

Before Chief Justice Rose, Justices Pemberton and Field

Abated

Filed:   December 11, 2015